1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Law Offices of*
**OLSON CANNON GORMLEY & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
P:  (702) 384-4012
F:  (702) 383-0701
mfederico@ocgas.com
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| TERRIE GANDY an individual, | CASE NO.:  2:21-cv-01933-JAD-VCF |
| Plaintiff, | |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington foreign corporation, d/b/a COSTCO WHOLESALE; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive, | ECF No. 17 |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE
WAGES AND EARNING CAPACITY**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their

respective parties, that Plaintiff TERRIE GANDY'S claim for loss of past and future wages and

///

///

///

///

1

earning capacity in the above-captioned action against Defendant be dismissed with prejudice.

DATED this 6th day of October, 2022.          DATED this 6th day of October, 2022.

OLSON CANNON GORMLEY & STOBERSKI     O'REILLY LAW GROUP, LLC

*/s/ Michael A. Federico, Esq.*                 */s/ Tracie M. Jefcik, Esq.*

_____          _____
MICHAEL A. FEDERICO, ESQ.               TRACIE M. JEFCIK ESQ.
Nevada Bar No. 005946                    Nevada Bar No.:  15575
9950 West Cheyenne Avenue                325 S. Maryland Pkwy.
Las Vegas, Nevada  89129                 Las Vegas, Nevada 89101
Attorneys for Defendant                  Attorney for Plaintiff
COSTCO WHOLESALE CORPORATION             TERRIE GANDY

## **ORDER**

IT IS SO ORDERED this 7th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

*/s/ Michael A. Federico, Esq.*

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

*Law Offices of*
OLSON CANNON GORMLEY & STOBERSKI
*A Professional Corporation*
9950 West Cheyenne Avenue

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2