MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
P: (702) 384-4012
F: (702) 383-0701
mfederico@ocgas.com
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| TERRIE GANDY an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington foreign corporation, d/b/a COSTCO WHOLESALE; DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01933-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 21 |

Plaintiff TERRIE GANDY and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 20th day of March, 2023.                      DATED this 20th day of March, 2023.

OLSON CANNON GORMLEY & STOBERSKI          O'REILLY LAW GROUP, LLC

/s Michael A. Federico, Esq.                                    /s/ Tracie M. Jefcik, Esq.

_____          _____
MICHAEL A. FEDERICO, ESQ.                             TRACIE M. JEFCIK, ESQ.
Nevada Bar No. 005946                                         Nevada Bar No.: 15575
9950 West Cheyenne Avenue                                325 S. Maryland Pkwy.
Las Vegas, Nevada 89129                                      Las Vegas, Nevada 89101
Attorneys for Defendant                                         Attorney for Plaintiff
COSTCO WHOLESALE CORPORATION            TERRIE GANDY

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
March 20, 2023

Respectfully submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant

2